IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY JONES

                                                      PLAINTIFF

v.                    Case No. 6-07CV6073

HOT SPRINGS COUNTY MEDICAL
CENTER

                                                      DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's second motion for summary judgment (Doc. 26) is hereby GRANTED.  All parties are to bear their own costs and fees, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 10th day of July, 2008.


                                                        */s/ Robert T. Dawson*
                                                        Honorable Robert T. Dawson
                                                        United States District Judge